

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JULIO C. NOVOA, M.D., | § | No. 08-12-00254-CV |
| Appellant, | § | Appeal from the |
| | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| DALIA DE LA RIVA, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF DANIELLA DE LA RIVA, A MINOR, | § § | (TC# 2009-1494) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, Julio C. Novoa, M.D., to dismiss the appeal because the parties have settled all disputes between them. TEX.R.APP.P. 42.1. We grant the motion and dismiss the appeal. The motion does not reflect that the parties have made any agreement regarding costs. Accordingly, costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d) (absent agreement of the parties, the court will tax costs against the appellant).

GUADALUPE RIVERA, Justice

January 29, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.